## Commonwealth *v.* Williamson, Appellant.

Before ACKER, J.

Argued November 15, 1974. *Henry J. Russo,* Assistant Public Defender, with him *William J. Rundorff,* First Assistant Public Defender, and *Rout-*

man, *Moore, Goldstone & Valentino,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.